No. 555. EL PUEBLO *v.* COLÓN.—Apelación procedente de la Corte de Distrito de Ponce en causa por delito electoral. Resuelta en marzo 14, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Frank Martínez, Fiscal interino.* El apelante no compareció.

————

No. 385. EX PARTE TORREGROSA.—Solicitud para que se apruebe la fianza notarial prestada por la National Surety Company en febrero 7, 1913. Resuelta en marzo 26, 1913. Aprobada dicha fianza. El peticionario compareció en nombre propio.

————

No. 101. RODA *v.* LÓPEZ, JUEZ DE DISTRITO ET AL.—Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de Humacao y otros. Resuelta en marzo 26, 1913. Denegada la solicitud. Abogado del peticionario: *Sr. Rafael López Landrón.*

————

No. 961. VILELLA ET AL. *v.* VILELLA ET AL.—

No. 968. VILELLA ET AL. *v.* VILELLA ET AL.—

Apelaciones procedentes de la Corte de Distrito de Aguadilla. Mociones para desestimar las apelaciones. Resueltas en marzo 27, 1913. Desestimadas ambas apelaciones por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por la Ley No. 70 de marzo 9, 1911. Abogado del promovente: *Sr. Carlos Franco Soto.* Abogado de la parte contraria: *Sr. Rafael López Landrón.*